```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 17-03154-HWV
Michael Steven Gardner                                              Chapter 13
         Debtor              CERTIFICATE OF NOTICE
```

District/off: 0314-1          User: DGeorge          Page 1 of 1              Date Rcvd: Jul 05, 2019
                              Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4964878         E-mail/Text: bankruptcy.bnc@ditech.com Jul 05 2019 18:45:22
                 Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
                                                                                                TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2019 at the address(es) listed below:
              Ashlee Crane Fogle    on behalf of Creditor    DITECH FINANCIAL LLC afogle@rascrane.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    LoanCare LLC bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Michael Steven Gardner pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-03154-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael Steven Gardner
705 South Market Street
Mechanicsburg PA 17055

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/03/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 | LoanCare, LLC.<br>P.O. Box 8068<br>Virginia Beach VA 23450<br>LoanCare, LLC.<br>P.O. Box 8068<br>Virginia Beach VA 23450 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/07/19

Terrence S. Miller
**CLERK OF THE COURT**