# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    MICHAEL STEVEN GARDNER          Case No.: 1-17-03154-HWV
                                                                        Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                    **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | LOANCARE, LLC |
| Court Claim Number: | 03 |
| Last Four of Loan Number: | 705 S Market - PRE-ARREARS - 0737 |
| Property Address if applicable: | 705 South Market Street, , Mechanicsburg, PA17055 |

**PART 2:**                    **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $5,998.81 |
| b. | Prepetition arrearages paid by the Trustee: | $5,998.81 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $5,998.81 |

**PART 3:**                    **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                    **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: February 24, 2022          Respectfully submitted,

         s/ Jack N. Zaharopoulos
         Standing Chapter 13 Trustee
         Suite A, 8125 Adams Drive
         Hummelstown, PA 17036
         Phone: (717) 566-6097
         Fax: (717) 566-8313
         eMail: info@pamd13trustee.com

Case 1:17-bk-03154-HWV    Doc 39    Filed 02/24/22    Entered 02/24/22 13:20:53    Desc
Page 2 of 4

Creditor Name:  LOANCARE, LLC
Court Claim Number:  03

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1201616 | 05/09/2019 | $126.61 | $0.00 | $126.61 |
| 5200 | 1202927 | 06/06/2019 | $176.46 | $0.00 | $176.46 |
| 5200 | 9006168 | 07/11/2019 | $176.46 | $0.00 | $176.46 |
| 5200 | 9006257 | 08/07/2019 | $176.46 | $0.00 | $176.46 |
| 5200 | 9006349 | 09/26/2019 | $406.68 | $0.00 | $406.68 |
| 5200 | 9006521 | 11/07/2019 | $184.73 | $0.00 | $184.73 |
| 5200 | 9006611 | 12/12/2019 | $184.73 | $0.00 | $184.73 |
| 5200 | 9006702 | 01/16/2020 | $184.73 | $0.00 | $184.73 |
| 5200 | 9006794 | 02/13/2020 | $184.73 | $0.00 | $184.73 |
| 5200 | 9006885 | 03/12/2020 | $184.73 | $0.00 | $184.73 |
| 5200 | 9007041 | 04/14/2020 | $184.73 | $0.00 | $184.73 |
| 5200 | 9007234 | 05/06/2020 | $178.20 | $0.00 | $178.20 |
| 5200 | 9007466 | 06/02/2020 | $178.20 | $0.00 | $178.20 |
| 5200 | 9007749 | 07/07/2020 | $178.20 | $0.00 | $178.20 |
| 5200 | 9008046 | 08/12/2020 | $178.20 | $0.00 | $178.20 |
| 5200 | 9008369 | 09/17/2020 | $178.20 | $0.00 | $178.20 |
| 5200 | 9008688 | 10/15/2020 | $178.20 | $0.00 | $178.20 |
| 5200 | 9008962 | 11/03/2020 | $180.18 | $0.00 | $180.18 |
| 5200 | 9009241 | 12/10/2020 | $180.18 | $0.00 | $180.18 |
| 5200 | 9009771 | 01/19/2021 | $342.16 | $0.00 | $342.16 |
| 5200 | 9010367 | 03/17/2021 | $180.18 | $0.00 | $180.18 |
| 5200 | 9010653 | 04/15/2021 | $360.36 | $0.00 | $360.36 |
| 5200 | 9011210 | 06/16/2021 | $372.24 | $0.00 | $372.24 |
| 5200 | 9011475 | 07/14/2021 | $186.12 | $0.00 | $186.12 |
| 5200 | 9011741 | 08/18/2021 | $186.12 | $0.00 | $186.12 |
| 5200 | 9011994 | 09/14/2021 | $186.12 | $0.00 | $186.12 |
| 5200 | 9012244 | 10/14/2021 | $180.77 | $0.00 | $180.77 |
| 5200 | 9012497 | 11/16/2021 | $180.77 | $0.00 | $180.77 |
| 5200 | 9012748 | 12/15/2021 | $180.77 | $0.00 | $180.77 |
| 5200 | 9012990 | 01/19/2022 | $42.59 | $0.00 | $42.59 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

MICHAEL STEVEN GARDNER         Case No.: 1-17-03154-HWV
                               Chapter 13

   Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 24, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

PAUL MURPHY-AHLES ESQUIRE           SERVED ELECTRONICALLY
DETHLEFS, PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL PA, 17011-

LOANCARE, LLC                       SERVED BY 1ST CLASS MAIL
PO BOX 8068
VIRGINIA BEACH, VA, 23450

MICHAEL STEVEN GARDNER              SERVED BY 1ST CLASS MAIL
705 South Market Street
Mechanicsburg, PA 17055

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 24, 2022

s/ Donna Schott
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com