In re:  
Michael Steven Gardner  
    Debtor

Case No. 17-03154-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Mar 01, 2022     Form ID: 3180W     Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Steven Gardner, 705 South Market Street, Mechanicsburg, PA 17055-6413 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 4951805 | + | Ditech, Attn: Bankruptcy Department, PO Box 6172, Rapid City, SD 57709-6172 |
| 4964878 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 4951806 | + | KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5218855 | + | LoanCare, LLC., P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 5218856 | + | LoanCare, LLC., P.O. Box 8068, Virginia Beach VA 23450, LoanCare, LLC., P.O. Box 8068 Virginia Beach VA 23450-8068 |
| 4963208 | | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 4951816 | | US Department of Education, Attn: National Payment Center, PO Box 105028, Atlanta, GA 30348-5028 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5064813 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Mar 01 2022 18:47:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 4951804 | + | EDI: CCS.COM | Mar 01 2022 23:48:00 | Credit Collection Services, 725 Canton Street, PO Box 607, Norwood, MA 02062-0607 |
| 4983861 | | EDI: NAVIENTFKASMDOE.COM | Mar 01 2022 23:48:00 | Navient Solutions LLC obo the dept of education, Navient Solutions LLC obo, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 4951807 | + | EDI: NAVIENTFKASMSERV.COM | Mar 01 2022 23:48:00 | Navient Solutions, Inc., PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 4988868 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2022 18:45:39 | PYOD, LLC its successors and assigns as assignee, of Roundup Funding L.L.C., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 4974838 | | EDI: AIS.COM | Mar 01 2022 23:48:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 4957695 | | EDI: WFFC.COM | Mar 01 2022 23:48:00 | Wells Fargo Bank, N.A., dba Wells Fargo Dealer S, PO Box 19657, irvine, CA 92623-9657 |
| 4951820 | + | EDI: WFFC.COM | Mar 01 2022 23:48:00 | Wells Fargo Dealer Services, PO Box 1697, Winterville, NC 28590-1697 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4951808 | *+ | Navient Solutions, Inc., PO Box 9500, Wilkes Barre, PA 18773-9500 |

| | | |
|---|---|---|
| 4951809 | *+ | Navient Solutions, Inc., PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 4951810 | *+ | Navient Solutions, Inc., PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 4951811 | *+ | Navient Solutions, Inc., PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 4951812 | *+ | Navient Solutions, Inc., PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 4951813 | *+ | Navient Solutions, Inc., PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 4951814 | *+ | Navient Solutions, Inc., PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 4951815 | *+ | Navient Solutions, Inc., PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 4951817 | * | US Department of Education, Attn: National Payment Center, PO Box 105028, Atlanta, GA 30348-5028 |
| 4951818 | * | US Department of Education, Attn: National Payment Center, PO Box 105028, Atlanta, GA 30348-5028 |
| 4951819 | * | US Department of Education, Attn: National Payment Center, PO Box 105028, Atlanta, GA 30348-5028 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2022  Signature: /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor DITECH FINANCIAL LLC afogle@rascrane.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor LoanCare LLC bkgroup@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Michael Steven Gardner pmurphy@dplglaw.com kgreene@dplglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor LoanCare LLC bkgroup@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor LoanCare LLC smncina@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Michael Steven Gardner<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9350<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17–bk–03154–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael Steven Gardner

3/1/22

**By the court:**

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Case 1:17-bk-03154-HWV    Doc 42    Filed 03/03/22    Entered 03/04/22 00:24:48    Desc
Imaged Certificate of Notice    Page 4 of 5

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**